IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CARINA MALDONADO,

    Defendant.

Case No.: 22-cr-00388-WQH-1

ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

    Pursuant to the motion of the parties (ECF No. 17) and because of the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, IT IS HEREBY ORDERED that the Motion Hearing set for May 9, 2022 is continued to July 11, 2022 at 2 p.m. and Jury Trial Hearing currently set for May 10, 2022, is continued to July 12, 2022 at 9:00 a.m.  It is further ordered that time should be excluded on the basis of the pending motions under 18 U.S.C. § 3161(h)(1)(D) and in the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

Dated:  April 25, 2022

Hon. William Q. Hayes
United States District Court